BOSSÉ ROLLMAN PC
3507 NORTH CAMPBELL AVENUE, SUITE 111
TUCSON, ARIZONA 85719 520.320.1300

Richard M. Rollman SB#004116
rollman@bosserollman.com
Kevin J. Kristick SB#033070
kristick@bosserollman.com
Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Aaron Cross, individually and the Arizona Conference of Police and Sheriffs, an Arizona nonprofit corporation,

Plaintiffs,

vs.

Chris Nanos, in his official capacity as Sheriff of the Pima County Sheriff's Department; Joseph Cameron, in his official capacity as Chief of Staff of the Pima County Sheriff's Department,

Defendants.

No. 4:24-cv-00232-JAS

**ANSWER**

Defendants Sheriff Chris Nanos and Chief of Staff Joseph Cameron hereby answer Plaintiffs' Complaint herein as follows:

**JURISDICTIONAL ALLEGATIONS**

1. In response to ¶ 1 of Plaintiffs' Complaint, Defendants admit that this Court has subject matter jurisdiction over the matter alleged in Plaintiffs' Complaint.

2. In response to ¶ 2 of Plaintiffs' Complaint, Defendants admit the allegations of ¶ 2.

3. In response to ¶ 3 of Plaintiffs' Complaint, Defendants admit that venue is proper in the United States District Court for the District of Arizona.

….

….

BOSSÉ ROLLMAN PC
3507 NORTH CAMPBELL AVENUE, SUITE 111
TUCSON, ARIZONA 85719 520-320-1300

## GENERAL ALLEGATIONS

4. Answering ¶ 4 of Plaintiffs' Complaint, Defendants reallege their responses to ¶¶ 1-3 of Plaintiffs' Complaint as if fully set forth herein.

5. Defendants admit the allegations of ¶ 5.

6. Defendants admit the allegations of ¶ 6.

7. Defendants admit the allegations of ¶ 7.

## ALLEGATIONS COMMON TO ALL COUNTS

### Aaron Cross's Employment with the Pima County Sheriff's Department

8. Defendants admit the allegations of ¶ 8.

9. Defendants admit the allegations of ¶ 9.

10. Defendants admit the allegations of ¶ 10.

11. Defendants admit the allegations of ¶ 11.

12. Defendants admit the allegations of ¶ 12.

13. Defendants admit the allegations of ¶ 13.

14. Defendants admit the allegations of ¶ 14.

15. Defendants admit the allegations of ¶ 15.

16. Defendants admit the allegations of ¶ 16.

17. Defendants admit the allegations of ¶ 17.

18. Defendants admit the allegations of ¶ 18.

19. Defendants admit the allegations of ¶ 19.

20. Answering the allegations of ¶ 20, Defendants admit an email was sent on April 25 to Jill Isely and Ryan Pretti containing the statements described in this paragraph and deny an exhibit is attached to the papers served on these Defendants.

21. Answering the allegations of ¶ 21, Defendants admit a letter was sent as alleged and deny a copy of the letter is attached to the papers served on these Defendants.

BOSSÉ ROLLMAN PC
3507 NORTH CAMPBELL AVENUE, SUITE 111
TUCSON, ARIZONA 85719 520-320-1300

22. Answering the allegations of ¶ 22, Defendants admit Jill Isely interviewed Plaintiff Cross in the Internal Affairs office on April 29, 2024, admit that Plaintiff Cross was reminded that all internal affairs investigations are confidential, and deny the remaining allegations of ¶ 22.

23. Defendants deny the allegations of ¶ 23.

24. Defendants deny the allegations of ¶ 24.

**Damages to Plaintiffs**

25. Defendants deny the allegations of ¶ 25.

26. Answering the allegations of ¶ 26, Defendants lack sufficient information to admit or deny the allegations pertaining to legal fees and costs and deny the remaining allegations of ¶ 26.

27. Defendants deny the allegations of ¶ 27.

**COUNT I**

**42 U.S.C. § 1983 – Violation of Federal Constitutional Rights**

28. In response to the allegations of ¶ 28 of Plaintiffs' Complaint, Defendants reallege their responses to ¶¶ 1-27 of Plaintiff's Complaint as if fully set forth herein.

29. Defendants admit the allegations of ¶ 29 subject to a balancing test involving the facts and context of specific speech and competing interests that must be considered including the effective functioning of the Sheriff's operations and mission. *See Hernandez v. City of Phoenix*, 43 F.4th 966, 976 (9th Cir. 2022).

30. Defendants admit the allegations of ¶ 30.

31. Answering the allegations of ¶ 31, Defendants admit an investigation of report of dishonesty and untruthfulness occurred and deny the remaining allegations of ¶ 31.

32. Answering the allegations of ¶ 32, Defendants admit an investigation of report of dishonesty and untruthfulness occurred and deny the remaining allegations of ¶ 32.

33. Defendants deny the allegations of ¶ 33.

34. Defendants deny the allegations of ¶ 34.

35. Defendants deny the allegations of ¶ 35.

BOSSÉ ROLLMAN PC
3507 NORTH CAMPBELL AVENUE, SUITE 111
TUCSON, ARIZONA 85719 520-320-1300

36. Defendants deny the allegations of ¶ 36.

**COUNT II**

**Arizona Constitution Art. 2, § 6 – Violation of State Constitutional Rights**

37. In response to the allegations of ¶ 37 of Count Two of Plaintiffs' Complaint, Defendants reallege their responses to ¶¶ 1-36 of Plaintiffs' Complaint as if fully set forth herein.

38. Defendants admit the allegations ¶ 38.

39. Answering the allegations of ¶ 39, Defendants admit Plaintiff Cross was ordered to appear for an interview by Internal Affairs and deny that Defendants participated in the interview.

40. Defendants deny the allegations of ¶ 40.

41. Defendants deny the allegations of ¶ 41.

**COUNT III**

**Negligence and Gross Negligence**

42. In response to the allegations of ¶ 42 of Count Three of Plaintiffs' Complaint, Defendants reallege their responses to ¶¶ 1-41 of Plaintiffs' Complaint as if fully set forth herein.

43. Defendants admit the allegations of ¶ 43.

44. Answering the allegations of ¶ 44, Defendants allege their duties are determined by their public office and applicable public policy and deny the remaining allegations of ¶ 44.

45. Answering the allegations of ¶ 45, Defendants allege their duties are determined by their public office and applicable public policy and deny the remaining allegations of ¶ 45.

46. Defendants deny the allegations of ¶ 46.

47. Defendants deny the allegations of ¶ 47.

48. Defendants deny the allegations of ¶ 48.

**PETITION FOR PRELIMINARY INJUNCTION**

49. In response to the allegations of ¶ 49 of Plaintiffs' Complaint, Defendants reallege their responses to ¶¶ 1-48 of Plaintiffs' Complaint as if fully set forth herein.

BOSSÉ ROLLMAN PC
3507 NORTH CAMPBELL AVENUE, SUITE 111
TUCSON, ARIZONA 85719 520-320-1300

50. Answering the allegations of ¶ 50, Defendant's deny the investigation of the complaint made by Sergeant Cervantez is continuing. Defendants admit allegations of untruthfulness made against any employee of the Sheriff's Department will be investigated by Internal Affairs and a report will be submitted to the Sheriff.

51. Defendants deny the allegations of ¶ 51.

52. Answering the allegations of ¶ 52, Defendants deny Plaintiffs are entitled to preliminary injunction.

53. Defendants deny they received complete copies of motion for preliminary injunction for the reason that no exhibits were attached.

**GENERAL DENIAL**

54. Defendants deny each and every allegation of Plaintiffs' Complaint not specifically responded to herein.

**FAILURE TO STATE CLAIM**

55. Defendants allege that Plaintiffs' Complaint fails to state a claim for the reason that the claims alleged in the complaint are official capacity claims but fail to allege a constitutional violation resulted from a custom or policy.

56. Defendants allege that Plaintiffs' Complaint fails to state a claim for the reason that internal affairs investigations do not create a specific duty to protect a person from the investigation.

**AFFIRMATIVE DEFENSES**

57. Defendants are entitled to immunity with respect to the state law claims in Count II and III based on A.R.S. § 12-820.01 for the reason that internal affairs investigations conducted in accordance with the rules and policies adopted by the Sheriff's Department involve the exercise of an administrative function involving the determination of fundamental governmental policy.

58. To the extent Plaintiffs pursue claims against Defendants in their individual capacity, Defendants are entitled to absolute and qualified immunity for the reason that a law

enforcement officer accused of dishonesty does not have a clearly established constitutional right to be exempted from an internal affairs interview regarding alleged dishonesty, or to have an internal affairs interview conducted in a particular manner, or to have the internal affairs investigation carried out in a particular way.

59. Plaintiffs' state law claims in Counts II and III are barred for failure to comply with the notice requirements of A.R.S. § 12-821.01. The statute requires that before filing a complaint a claim must first be submitted to Defendants and to persons authorized to accept claims on behalf of the Sheriff containing sufficient facts to permit the Defendants to understand the legal basis on which liability is claimed. The claim shall also contain a specific amount for which the claim can be settled and the facts supporting that amount.

60. Defendants may discover other affirmative defenses as this matter proceeds and reserve the right to assert those affirmative defenses at that time. Therefore, Defendants allege each and every defense available under FED. R. CIV. P. 8(c) to the extent such defense may become applicable as disclosure and/or discovery proceeds.

**ATTORNEY'S FEES**

61. Defendants are entitled to recover attorney fees pursuant to 42 U.S.C. § 1988.

WHEREFORE, having fully answered Plaintiffs' Complaint, Defendants request that Plaintiffs' complaint be dismissed with prejudice; Defendants be awarded their reasonable attorney's fees and costs incurred; and for such other and further relief as to the Court deems just and equitable.

RESPECTFULLY SUBMITTED May 22, 2024.

BOSSÉ ROLLMAN PC

By: /s/ Richard M. Rollman
Richard M. Rollman
Kevin J. Kristick
Attorneys for Defendants

BOSSÉ ROLLMAN PC
3507 NORTH CAMPBELL AVENUE, SUITE 111
TUCSON, ARIZONA 85719 520-320-1300

BOSSÉ ROLLMAN PC
3507 NORTH CAMPBELL AVENUE, SUITE 111
TUCSON, ARIZONA 85719 520-320-1300

**CERTIFICATE OF SERVICE**

I hereby certify that, on May 22, 2024, I electronically transmitted the attached document to the Clerk's Office on using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Steven J. Serbalik
STEVEN J. SERBALIK, P.L.C.
Unit 116
4925 East Desert Cove Avenue
Scottsdale, Arizona 85254
steveserbalik@gmail.com
Attorneys for Plaintiffs

By: /s/ Bille Jo Labby