Steven J. Serbalik, Bar No. 028191
**STEVEN J. SERBALIK, P.L.C.**
4925 E. Desert Cove Ave Unit 116
Scottsdale, Arizona 85254
Telephone: (480) 269-1529
steveserbalik@gmail.com
*Attorney for Aaron Cross and the Arizona Conference of Police and Sheriffs, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Aaron Cross, individually and the Arizona Conference of Police and Sheriffs, an Arizona nonprofit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Chris Nanos, in his official capacity as Sheriff of the Pima County Sheriff's Department; Joseph Cameron, in his official capacity as Chief of Staff in the Pima County Sheriff's Department.<br><br>Defendants. | NO. CV-24-232-TUC-JAS<br><br>**STIPULATED NOTICE TO DISMISS WITH PREJUDICE PURSUANT TO RULE 41.** |

Plaintiffs Aaron Cross, individually and the Arizona Conference of Police and Sheriffs notice the dismissal of all counts against all Defendants. Counsel for Plaintiffs have discussed this Notice with counsel for Defendants, and pursuant to FRCP 41(a)(1)(A)(ii), the parties stipulate to the dismissal of this action with prejudice. The parties agree that each side shall bear their own costs and fees associated with this matter.

RESPECTFULLY SUBMITTED this 27th day of August, 2024.

//
//

1 //

**STEVEN J SERBALIK, P.L.C.**

By: /s/Steven J. Serbalik
Steven J. Serbalik
4925 E. Desert Cove Ave #116
Scottsdale, Arizona 85254
*Attorney for Plaintiffs Aaron Cross and the Arizona Conference of Police and Sheriffs, Inc.*

**BOSSE ROLLMAN PC**

By: /s/Kevin J. Kristick
(with permission)
Kevin J. Kristick
3507 N. Campbell Avenue, Suite 111
Tucson, AZ  85719
*Attorney for Defendants*

2