IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aaron Cross, et al., <br>     Plaintiffs, <br> v. <br> Chris Nanos, et al., <br>     Defendants. | No. CV-24-00232-TUC-JAS <br> **ORDER** |

Pursuant to the "stipulated notice to dismiss with prejudice pursuant to Rule 41" (Doc. 16), this case is dismissed with prejudice as to all defendants with the parties to bear their own costs and attorneys' fees. The Clerk of the Court shall enter judgment and close the file in this case.

Dated this 28th day of August, 2024.

Honorable James A. Soto
United States District Judge